UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALBERTO GARCIA FLORES, Petitioner, v. CHRISTOPHER CHESTNUT, Warden, Imperial Regional Adult Detention Facility, et al., Respondents. | Case No.: 3:26-cv-4203-CAB-VET **ORDER PARTIALLY GRANTING PETITION FOR A WRIT OF HABEAS CORPUS** |

Pending before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Luis Alberto Garcia Flores. [Doc. No. 1 ("Petition").] Petitioner last entered the United States without inspection or admission in 1999. [Petition at 4.] Petitioner claims that his detention without a bond hearing since June 23, 2026 is unlawful. [*Id.* at 5.]

Respondents "do not oppose an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." [Doc. No. 5.] [1]

[1] Petitioner was detained and filed this Petition before the Ninth Circuit's recent decision in *Rodriguez Vazquez v. Bostock*, No. 25-6842, --- F.4th --- (9th Cir. July 30, 2026), which held that unadmitted

The Court thus **ORDERS** Respondents to provide Petitioner an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated regulations by **<u>August 26, 2026</u>**, unless Petitioner requests a continuance. If requested by Petitioner, Respondents shall assist Petitioner in obtaining an audio recording of the bond hearing.

<u>The Clerk of the Court shall close the case.</u>

It is **SO ORDERED**.

Dated: August 12, 2026



Hon. Cathy Ann Bencivengo
United States District Judge

---

noncitizens present in the interior of the United States are detained pursuant to 8 U.S.C. § 1226(a) and not 8 U.S.C. § 1225.